# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| **FIFTH THIRD BANK** | Case No.: 1:10-CV-00624 |
| Plaintiff, | |
| v. | Magistrate Judge Stephanie K. Bowman |
| **CLEVELAND IMAGING AND SURGICAL HOSPTIAL, LLC,** *et al* | **ORDER VACATING JUDGMENT AND DISMISSAL WITH PREJUDICE** |
| Defendants | |

    This cause came to be heard on Realty Investment Capital Partners, LLC, assignee of the Final Judgment Entry dated March 27, 2012 from Plaintiff Fifth Third Bank, and Defendants Innad Husaini, Achi Chary, Nadim Zacca, Camil Kreit, Samir Kreit, Elias Kanaan, Frank Douglis, George DeLoach, Radwan Al-Sabbagh, and Pierre Khoury's joint agreed motion to vacate Vacate the Final Judgment entered on March 27, 2012 and requesting this matter be dismissed with prejudice.

    For good cause shown and pursuant to the agreement between the Parties, IT IS HEREBY ORDERED that the Motion to Vacate Judgment is GRANTED. The Judgment entered in this Case No. shall be VACATED in its entirety. This matter is dismissed with prejudice.

**IT IS ORDERED.**

*/s/ Stephanie K. Bowman*
Stephanie K. Bowman
United States Magistrate Judge

1